UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NELDA HARNEY individually and as
representatives for L.H., a minor child,

                 Plaintiff,

-vs-                                            Case No.  2:09-cv-186-FtM-99SPC

ASSIGNED CREDIT SOLUTIONS a New Jersey
corporation; DERRICK LYNCH,

                 Defendants.
_____

## ORDER

This matter comes before the Court on the Parties Mediation Report (Doc. # 34) that the case was completely resolved. On December 29, 2009, the Parties submitted the Settlement Agreement to this Court, and the case was closed. The case was subsequently reopened for the Court to approve the terms of the Settlement Agreement, and pursuant to the consent of the Parties the matter was referred to the undersigned for approval. On January 7, 2010, the Court issued an order approving the settlement and closing the case with the stipulation that upon notification by the Parties that all conditions of the Settlement Agreement had been met, the case would be dismissed with prejudice. On March 9, 2010, the Parties filed their Joint Notice of Settlement Completion (Doc. # 41) and now move the Court to dismiss the case with prejudice.

Accordingly it is hereby

**ORDERED AND ADJUDGED**:

(1) The Clerk of the Court shall enter judgment between the Plaintiffs and Defendant Assigned Credit Solutions based upon the Mediation Settlement Agreement as approved by this Court (Doc. # 40) on January 7, 2010.

(2) Finding no Parties remaining or issues to be tried, the Clerk of the Court shall close the file.

(3) The case is hereby **DISMISSED with prejudice**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___31st___ day of March, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record